# Order

Michigan Supreme Court
Lansing, Michigan

April 4, 2018

156262

PAULETTE STENZEL,
   Plaintiff-Appellee,

v

BEST BUY COMPANY, INC.,
   Defendant,

and

SAMSUNG ELECTRONICS
AMERICA, INC.,
   Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156262
COA: 328804
Ingham CC: 14-000527-NO

On order of the Court, the application for leave to appeal the December 22, 2016 and June 27, 2017 judgments of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the Court of Appeals special panel correctly held that there is a conflict between MCL 600.2957(2) and MCR 2.112(K); (2) whether, in any event, a party may amend a complaint upon receipt of a notice of nonparty fault without first filing a motion to amend; and (3) if so, whether the amendment relates back to the date the complaint was filed. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., and the Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018

d0328

Clerk